THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Arthur Hamilton Young, Appellant.
 
 
 

Appeal From Greenville County
Roger L. Couch, Circuit Court Judge

Unpublished Opinion No. 2009-UP-476
 Submitted October 1, 2009  Filed October
13, 2009    

APPEAL DISMISSED

 
 
 
 Appellate Defender M. Celia Robinson, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliot,
 all of Columbia; and Solicitor Robert M. Ariail, of Greenville, for Respondent.
 
 
 

PER CURIAM:  Arthur
 Hamilton Young appeals his conviction for first-degree burglary, arguing the
 trial court erred in sentencing him to life without the possibility of parole
 because his two prior convictions for burglary arose from a single criminal
 transaction.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
Huff, Thomas, and Pieper, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.